FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   JUN 15 2017   ★

LONG ISLAND OFFICE

D+F

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

JUNE KINNEAR,

    Plaintiff,

vs.

ASSOCIATED MATERIALS, INC., et al.,

    Defendants.

CIVIL CASE NO: 15-CV-03125
(LDW)(ARL)

**STIPULATED ORDER OF DISMISSAL**

---

IT IS HEREBY STIPULATED that this action has been discontinued and is hereby dismissed with prejudice, without costs to any party against any other. By submitting this Stipulation, the Parties hereby request that any and all pending applications be deemed withdrawn with prejudice and stipulate that this Court will retain jurisdiction to enforce the settlement agreements agreed to by the parties. This Stipulation may be filed with the Court without further notice to any party.

Dated: June 14, 2017

| | |
|---|---|
| **KUJAWSKI & KUJAWSKI** | **BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP** |
| By: /s/ Mark Kujawski (via email consent) | By: /s/ Joseph N. Gross |
| Mark C. Kujawski, Esq. | Joseph N. Gross, Esq. |
| 1637 Deer Park Avenue | Richard E. Hepp, Esq. |
| Deer Park, New York 11729-0661 | 200 Public Square, Suite 2300 |
| Telephone: (631) 242-1600 | Cleveland, OH 44114-2378 |
| Facsimile: (631) 242-1814 | Telephone: (216) 363-4500 |
| | Facsimile: (216) 363-4588 |
| *Attorney for Plaintiff June Kinnear* | Email: jgross@beneschlaw.com |
| | rhepp@beneschlaw.com |
| | PRO HAC VICE |

**MILMAN LABUDA LAW GROUP PLLC**

Jamie S. Felsen, Esq.
3000 Marcus Avenue, Suite 3W8
Lake Success, NY 11042
Telephone: (516) 328-8899
Facsimile: (516) 328-0082
E-Mail: jamiefelsen@mllaborlaw.com

*Attorneys for Defendants Associated Materials, Inc., Alside Associates, L.P., and Alside N.Y. Distributing, Inc.*

SO ORDERED:

Dated: June 15, 2017

/s/ Leonard D. Wexler
HON. USDJ                    EXLER
Senior United States District Court Judge

CENTRAL ISLIP, NY

2

## CERTIFICATE OF SERVICE

The foregoing *Stipulated Order of Dismissal* was filed electronically on the 14th day of June, 2017, and served upon Plaintiff's counsel according to the Court's Electronic Filing guidelines.

/s/ *Joseph N. Gross*
Joseph N. Gross, Esq.
*One of the Attorneys for Defendants Associated Materials, Inc., Alside Associates, L.P., and Alside N.Y. Distributing, Inc.*

3

10223865 v1